**ANTONIO R. ALVAREZ, SBN# 156435**
**2014 Tulare Street, Suite 300**
**Fresno, California  93711**
**Telephone (559) 441-0114**
**Facsimile (559) 441-0890**

Attorney for Defendant JOSHUA B. WERNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:11-cr-00247  LJO |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE TO OCTOBER 14, 2011;** |
| vs. ) | **ORDER** |
| ) | |
| JOSHUA B. WERNER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Status Conference be continued from Friday, September 23, 2011 at 8:30 a.m. to Friday, October 14, 2011 at 8:30 a.m.  At the status conference, the parties will address the scheduling of a trial and trial confirmation hearing as well as the status of any efforts to resolve the case.

  The parties base this stipulation on good cause, in that both attorneys of record have jury trials (defense counsel in state court and the Assistant U.S. attorney in federal court) scheduled to begin on October 3, 2011 that are anticipated to be no more than a week long in duration.   The parties are also involved in working on a resolution to this matter while preparing for separate trials.  It is anticipated that the parties will know whether to set a trial date or a change of plea date on October 14, 2011.  For the above-stated reason, the stipulated

continuance will conserve time and resources for both parties and the court.  Any delay resulting from this continuance shall be excluded in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweigh the interests of defendants and the public in a speedy trial.  See 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

Dated:  September 20, 2011        /s/ Antonio R. Alvarez (as authorized 9/20/11)
_____
**ANTONIO R. ALVAREZ**
Attorney for Defendant,
Joshua B. Werner

Dated:  September 20, 2011        BENJAMIN B. WAGNER
United States Attorney

**/s/** Brian W. Enos (as authorized 9/20/11)
_____
By:  **BRIAN W. ENOS**
     Assistant U.S. Attorney

## [PROPOSED] O R D E R

Counsel having stipulated and Good Cause existing based on the stipulation, the Status Hearing is continued from September 23, 2011 at 8:30 a.m. to October 14, 2011 at 8:30 a.m., and time is excluded due to the unavailability of counsel and further negotiations.

IT IS SO ORDERED.

Dated:   **September 20, 2011**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE